

49 Market Street
Morristown, NJ 07960
973.992.4800   973.992.9125
www.foxrothschild.com

Catherine Youngman
Office Managing Partner

May 29, 2024

KIERAN T. ENSOR
Direct No: 973.548.3378
Email: kensor@foxrothschild.com

**VIA ECF**
Hon. Christine P. O'Hearn, U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey

Re:  **Automotive Rentals Inc. et al. v. Redbox Automated Retail LLC et al.
      Civ. A. No. 24-5901(CPO)(SAK)**

Dear Judge O'Hearn:

  This firm represents Plaintiffs, Automotive Rentals Inc. ("ARI") and ARI Fleet LT ("ARI Fleet") (collectively, "Plaintiffs"). Following the conversation between all counsel and chambers this morning, and after discussion amongst counsel, the parties intend to move forward with today's hearing before Your Honor at 12:00 p.m.

  On behalf of the parties, we apologize for any inconvenience and confusion caused.

  We thank the Court for its time and attention to this matter.

Respectfully submitted,

Kieran T. Ensor

cc: All Counsel of Record (*via* ECF)

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Massachusetts   Minnesota   Missouri
Nevada   New Jersey   New York   North Carolina   Oklahoma   Pennsylvania   South Carolina   Texas   Washington