**REED SMITH LLP**
*Formed in the State of Delaware*
Gregory D. Speier, Esq.
506 Carnegie Center, Suite 300
Princeton, New Jersey 08540
Tel. (609) 987-0050
Fax (609) 951-0824
gspeier@reedsmith.com
*Attorneys for Defendants Redbox Automated Retail LLC and*
*Chicken Soup for the Soul Entertainment, Inc.*

### UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| AUTOMOTIVE RENTALS, INC. and ARI FLEET LT,<br><br>Plaintiffs,<br><br>vs.<br><br>REDBOX AUTOMATED RETAIL and CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC.,<br><br>Defendants. | Case No. 1:24-cv-05901-CPO-SAK<br><br>**APPLICATION FOR EXTENSION TO RESPOND TO PLAINTIFF'S COMPLAINT PURSUANT TO L. CIV. RULE 6.1(b)** |

Pursuant to *Local Civil Rule* 6.1(b) of the United States District Court for the District of New Jersey, the undersigned hereby respectfully makes the within application on behalf of Defendants, Redbox Automated Retail LLC and Chicken Soup for the Soul Entertainment, Inc. ("Defendants"), for a Clerk's Order extending the time within which Defendants may answer, move or otherwise respond to the Complaint filed by the Plaintiffs herein for fourteen (14) days to and including June 13, 2024.

The Complaint was filed on May 7, 2024.  The current deadline for Defendants to answer, move, or otherwise respond to the Complaint is May 30, 2024.  *Fed. R. Civ. P.* 15(a)(3).

Pursuant to *Local Civil Rule* 6.1(b), Defendants seeks an automatic fourteen (14) day extension to respond to the Complaint, thereby making Defendants' response to the Complaint due on or before June 13, 2024.

No prior requests for extensions of time to respond to the Complaint have been made by Defendants in this action and no previous extensions have been obtained.

**REED SMITH LLP**

Dated:  May 29, 2024

*/s/ Gregory D. Speier*
Gregory D. Speier

## **CERTIFICATION OF SERVICE**

I certify that on this date, May 29, 2024, Defendants' Application for Extension to Respond to Plaintiff's Complaint Pursuant to *L. Civ. Rule* 6.1(B) was filed with the Court and served on all counsel of record via ECF.

**REED SMITH LLP**

Dated:  May 29, 2024

*/s/ Gregory D. Speier*
Gregory D. Speier