UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING:** 5/29/24

**JUDGE CHRISTINE P. O'HEARN**

**COURT REPORTER:** Camille Pedano

**TITLE OF CASE:**                                    **DOCKET NO.**: 24-cv-5901

AUTOMOTIVE RENTALS, INC., et al.

v.

REDBOX AUTOMATED RETAIL, LLC., et al.

**APPEARANCES:**
Kieran T. Ensor, Esquire & Ryan T. Becker, Esquire for Plaintiffs
John O. Lukanski, Esquire for Defendants
James C. McCarroll, Esquire for Defendants *(Pro Hac Vice pending)*
Lara T. Gatz, Esquire for Defendants *(Pro Hac Vice pending)*

**NATURE OF PROCEEDINGS: ORDER TO SHOW CAUSE**

Hearing on Plaintiff's Motion for Temporary Restraining Order, ECF No. 2.

**DISPOSITION:**
ORDERED Plaintiff's Motion for a Preliminary Injunction and a Pre-Judgment Writ of Replevin, (ECF No. 2), is GRANTED as to a Pre-Judgement Writ of Replevin, and DENIED as to a Preliminary Injunction, for the reasons stated on the record.

Time Commenced:      12:20pm
Time Adjourned:        1:30pm
Total Time:            1 Hour and 10 Minutes

s/ Haley E. Minix
Deputy Clerk