# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(Camden Vicinage)

| | |
|---|---|
| AUTOMOTIVE RENTALS, INC., and ARI FLEET LT,<br><br>Plaintiffs,<br><br>v.<br><br>REDBOX AUTOMATED RETAIL, LLC, and CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC.,<br><br>Defendants. | Civ. A. No. 24-5901(CPO)(SAK)<br><br>**ORDER** |

**THIS MATTER**, having been opened to the Court by Plaintiffs Automotive Rentals Inc. *d/b/a* ARI and ARI Fleet LT (collectively, "**ARI**" or "**Plaintiffs**") by and through their counsel, upon motion for a Preliminary Injunction and issuance of a Writ of Replevin pursuant to Fed. R. Civ. P. 64, Fed. R. Civ. P. 65 and L. Civ. R. 65.1(a) (ECF No. 2); the Court, having reviewed the papers submitted by the parties (ECF Nos. 13 & 21); the Court, having held oral argument on the application on May 29, 2024; for the reasons set forth on the record, and for good cause otherwise shown;

**IT IS** on this ___ day of _____ 2024,

**ORDERED** that Plaintiffs' motion for a preliminary injunction is **DENIED**;

1

**ORDERED** that Plaintiffs' motion for the issuance of a Writ of Replevin is **GRANTED**;

**IT IS FURTHER ORDERED** as follows:

1. Pursuant to Fed. R. Civ. P. 64 and N.J. Stat. Ann. § 2B:50-1, *et seq.*, a pre-judgment Writ of Replevin shall issue contemporaneously with this Order, directing the U.S. Marshal, or such other law enforcement officer as may be capable of executing on such Order, or such repossession companies or persons employed ARI, to take possession of the vehicles that are (a) owned by ARI, whose leases by ARI to Redbox Automated Retail, LLC have been terminated, and (b) the subject of this lawsuit, which includes, without limitation, the vehicles identified on attached Exhibit 1 (the "**Vehicles**"), and deliver the Vehicles to ARI.

2. To assist in the repossession process, no later than close of business on May 31, 2024, Redbox Automated Retail, LLC and Chicken Soup for the Soul Entertainment, Inc. (collectively, the "**Defendants**") must provide Plaintiffs with a written list identifying (a) each of the Vehicles, (b) where each of the Vehicles is located, (c) the name of each of the individual(s) in possession of each of the Vehicles, (d) the last known address of each such individual, and (e) the contact number and e-mail address for each such individual. Should any such information regarding the location or possession of any of the Vehicles change, Defendants,

within twenty-four (24) hours of learning any changes, must inform Plaintiffs in writing of each of such changes and provide the updated information to Plaintiffs.

3.    Defendants are hereby prohibited from taking any affirmative action that would hinder or otherwise impede Plaintiffs' repossession efforts with respect to the Vehicles, including, without limitation, any action to withhold the delivery of the keys to Vehicles to the U.S. Marshal, or such other law enforcement officer as may be capable of executing on this Order, or such repossession companies or persons employed ARI, to take possession of the Vehicles.

4.    Defendants are hereby ordered to inform every individual who is in possession of, uses and/or operates any of the Vehicles to immediately cease all personal use of the Vehicles, and to remove all personal property, effects and belongings owned by such individuals or the Defendants from the Vehicles.

_____
Hon. Christine P. O'Hearn, U.S.D.J.

|    | VIN               | Type          | Year | Make   | Model                  |
|----|-------------------|---------------|------|--------|------------------------|
| 1  | JF2SKAEC5PH548388 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 2  | JF2SKAEC5PH551176 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 3  | JF2SKAEC3PH546767 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 4  | JF2SKAEC2PH514988 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 5  | JF2SKAEC9PH546479 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 6  | JF2SKAEC8PH515921 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 7  | JF2SKAEC6PH533009 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 8  | JF2SKAEC5PH541991 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 9  | JF2SKAECXPH542943 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 10 | JF2SKAEC2PH515588 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 11 | JF2SKAEC9PH515703 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 12 | JF2SKAEC5PH542249 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 13 | JF2SKAECXPH534048 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 14 | JF2SKAEC5PH473689 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 15 | JF2SKAEC8PH515904 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 16 | JF2SKAEC7PH533052 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 17 | JF2SKAEC6PH549565 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 18 | JF2SKAEC7PH541474 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 19 | JF2SKAEC7PH543242 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 20 | JF2SKAEC7PH546397 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 21 | JF2SKAEC8PH547428 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 22 | JF2SKAECXPH551481 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 23 | JF2SKAEC0PH515783 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 24 | JF2SKAEC5PH542123 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 25 | JF2SKAECXPH545941 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 26 | JF2SKAEC7PH535691 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 27 | JF2SKAEC7PH536596 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 28 | JF2SKAEC9PH534736 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 29 | JF2SKAEC3PH538393 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 30 | JF2SKAEC0PH536102 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 31 | JF2SKAEC1PH536576 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 32 | JF2SKAEC2PH537896 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 33 | JF2SKAECXPH543767 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 34 | JF2SKAEC2PH543424 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 35 | JF2SKAEC3PH533923 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 36 | JF2SKAEC0PH514651 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 37 | JF2SKAEC5PH536936 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 38 | JF2SKAEC1PH537355 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 39 | JF2SKAEC2PH547523 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 40 | JF2SKAEC1PH551157 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 41 | JF2SKAEC1PH540935 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 42 | JF2SKAEC6PH542034 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 43 | JF2SKAEC8PH515515 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 44 | JF2SKAEC6PH544267 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 45 | JF2SKAEC0PH540845 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |
| 46 | JF2SKAEC1PH537873 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT)  |

|    | VIN | Type | Year | Make | Model |
|----|-----|------|------|------|-------|
| 47 | JF2SKAEC1PH533631 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 48 | JF2SKAEC9PH520271 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 49 | JF2SKAEC5PH541215 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 50 | JF2SKAEC4PH540525 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 51 | JF2SKAEC0PH520126 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 52 | JF2SKAEC5PH543322 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 53 | JF2SKAEC1PH534648 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 54 | JF2SKAEC8PH546232 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 55 | JF2SKAEC9PH514602 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 56 | JF2SKAEC9PH516043 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 57 | JF2SKAEC9PH541217 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 58 | JF2SKAEC8PH542780 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 59 | JF2SKAEC2PH551068 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 60 | JF2SKAEC9PH540150 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 61 | JF2SKAEC6PH543698 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 62 | JF2SKAEC1PH550784 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 63 | JF2SKAEC9PH532825 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 64 | JF2SKAECXPH542778 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 65 | JF2SKAEC6PH546424 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 66 | JF2SKAEC8PH540785 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 67 | JF2SKAEC1PH546301 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 68 | JF2SKAEC5PH551887 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 69 | JF2SKAEC8PH537272 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 70 | JF2SKAEC0PH541686 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 71 | JF2SKAEC3PH534683 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 72 | JF2SKAEC4PH537527 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 73 | JF2SKAEC0PH536438 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 74 | JF2SKAEC9PH531142 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 75 | JF2SKAEC0PH535239 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 76 | JF2SKAEC7PH536274 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 77 | JF2SKAEC3PH536482 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 78 | JF2SKAEC0PH535550 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 79 | JF2SKAEC4PH543795 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 80 | JF2SKAEC2PH536375 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 81 | JF2SKAEC2PH536442 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 82 | JF2SKAECXPH536852 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 83 | JF2SKAEC4PH520095 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 84 | JF2SKAEC1PH513962 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 85 | JF2SKAEC6PH543975 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 86 | JF2SKAEC6PH543491 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 87 | JF2SKAEC8PH540995 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 88 | JF2SKAEC5PH537021 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 89 | JF2SKAEC2PH540703 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 90 | JF2SKAEC9PH543677 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 91 | JF2SKAEC8PH546652 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 92 | JF2SKAEC7PH547470 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |

|     | VIN | Type | Year | Make | Model |
| --- | --- | --- | --- | --- | --- |
| 93 | JF2SKAEC3PH543853 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 94 | JF2SKAEC7PH550806 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 95 | JF2SKAEC7PH550921 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 96 | JF2SKAEC1PH548405 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 97 | JF2SKAEC0PH514262 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 98 | JF2SKAEC1PH538182 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 99 | JF2SKAEC2PH534805 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 100 | JF2SKAEC4PH544896 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 101 | JF2SKAEC7PH520074 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 102 | JF2SKAEC8PH519953 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 103 | JF2SKAECXPH534616 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 104 | JF2SKAEC4PH519674 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 105 | JF2SKAEC8PH533366 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 106 | JF2SKAEC4PH537169 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 107 | JF2SKAEC5PH519716 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 108 | JF2SKAEC2PH519978 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 109 | JF2SKAEC4PH537575 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 110 | JF2SKAEC5PH537584 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 111 | JF2SKAEC6PH537903 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 112 | JF2SKAEC4PH538001 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 113 | JF2SKAECXPH528587 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 114 | JF2SKAEC0PH533653 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 115 | JF2SKAEC4PH543666 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 116 | JF2SKAEC6PH457212 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 117 | JF2SKAEC1PH463466 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 118 | JF2SKAECXPH456550 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 119 | JF2SKAEC5PH465088 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 120 | JF2SKAEC7PH457171 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 121 | JF2SKAECXPH456922 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 122 | JF2SKADC4NH522590 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 123 | JF2SKAEC5PH444337 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 124 | JF2SKAEC3PH441033 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 125 | JF2SKAEC0PH464575 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 126 | JF2SKAEC7PH455128 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 127 | JF2SKAEC7PH455792 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 128 | JF2SKAEC6PH456934 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 129 | JF2SKAEC0PH475365 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 130 | JF2SKAEC8PH463383 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 131 | JF2SKAEC9PH456474 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 132 | JF2SKAEC4PH459489 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 133 | JF2SKAEC7PH456800 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 134 | JF2SKAEC0PH461806 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 135 | JF2SKAEC3PH458012 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 136 | JF2SKAEC9PH416170 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 137 | JF2SKAEC4PH464501 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 138 | JF2SKAEC2PH456817 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |

|     | VIN | Type | Year | Make | Model |
| --- | --- | --- | --- | --- | --- |
| 139 | JF2SKAECXPH457262 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 140 | JF2SKAEC7PH456201 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 141 | JF2SKAEC7PH456960 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 142 | JF2SKAEC8PH462797 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 143 | JF2SKAEC7PH463083 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 144 | JF2SKAEC4PH457841 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 145 | JF2SKAEC5PH457914 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 146 | JF2SKAEC7PH457364 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 147 | JF2SKAEC1PH462821 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 148 | JF2SKAEC7PH456988 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 149 | JF2SKAEC4PH455734 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 150 | JF2SKAEC4PH455622 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 151 | JF2SKAEC9PH446415 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 152 | JF2SKAEC4PH455703 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 153 | JF2SKAEC9PH455115 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 154 | JF2SKAEC3PH455997 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 155 | JF2SKAECXPH454135 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 156 | JF2SKADCXNH521864 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 157 | JF2SKAEC3PH455935 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 158 | JF2SKAEC6PH458053 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 159 | JF2SKADC3NH524332 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 160 | JF2SKAEC5PH460277 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 161 | JF2SKAEC9PH441487 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 162 | JF2SKAEC1PH452970 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 163 | JF2SKAEC6PH462989 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 164 | JF2SKAECXPH458024 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 165 | JF2SKAECXPH456449 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 166 | JF2SKAEC2PH457143 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 167 | JF2SKAEC5PH456519 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 168 | JF2SKAEC6PH455055 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 169 | JF2SKAECXPH455088 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 170 | JF2SKAEC3PH457409 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 171 | JF2SKAEC8PH455672 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 172 | JF2SKAEC4PH462862 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 173 | JF2SKAEC0PH459974 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 174 | JF2SKAECXPH456760 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 175 | JF2SKAEC0PH432659 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 176 | JF2SKAEC9PH420560 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 177 | JF2SKAEC1PH441371 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 178 | JF2SKAEC4PH446452 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 179 | JF2SKAEC8PH441786 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 180 | JF2SKAEC9PH437844 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 181 | JF2SKAECXPH435441 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 182 | JF2SKAEC2PH440049 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 183 | JF2SKAEC4PH439954 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 184 | JF2SKAEC8PH438242 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |

|     | VIN | Type | Year | Make | Model |
| --- | --- | --- | --- | --- | --- |
| 185 | JF2SKAEC7PH438586 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 186 | JF2SKAEC4PH438139 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 187 | JF2SKAEC0PH414095 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 188 | JF2SKAEC2PH438947 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 189 | JF2SKAEC8PH441125 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 190 | JF2SKAEC3PH441730 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 191 | JF2SKADC6PH412594 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 192 | JF2SKADC3PH413279 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 193 | JF2SKADC0PH416219 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 194 | JF2SKAEC4PH427951 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 195 | JF2SKAEC0PH421757 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 196 | JF2SKADC1PH413359 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 197 | JF2SKAEC3PH416908 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 198 | JF2SKADC8NH482854 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 199 | JF2SKAEC1PH421864 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 200 | JF2SKADC5NH524929 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 201 | JF2SKADC6NH520663 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 202 | JF2SKADC5PH416121 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 203 | JF2SKADC1PH416147 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 204 | JF2SKADC8PH416744 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 205 | JF2SKADC1PH412521 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 206 | JF2SKADC7PH412751 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 207 | JF2SKADC4PH413131 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 208 | JF2SKADC9PH414114 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 209 | JF2SKADC0NH485330 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 210 | JF2SKADC3PH416778 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 211 | JF2SKADC5PH413445 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 212 | JF2SKADC4PH414036 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 213 | JF2SKADC5PH416667 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 214 | JF2SKADC5NH521786 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 215 | JF2SKADC8NH510667 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 216 | JF2SKADCXNH518155 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 217 | JF2SKADC1NH518741 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 218 | JF2SKADC6NH521196 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 219 | JF2SKADC8NH523077 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 220 | NM0LS7S27N1532231 | Van | 2022 | Ford | Transit ConnectXL |
| 221 | JF2SKADC1NH484185 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 222 | JF2SKADC7NH487706 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 223 | JF2SKADC2NH480727 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 224 | JF2SKADC3NH491302 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 225 | JF2SKADC7NH493442 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 226 | JF2SKADC5NH482066 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 227 | JF2SKADC8NH487830 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 228 | JF2SKADC5NH483850 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 229 | JF2SKADC3NH469638 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 230 | JF2SKADC9NH481969 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |

|  | VIN | Type | Year | Make | Model |
|---|---|---|---|---|---|
| 231 | JF2SKADC8NH486144 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 232 | JF2SKADC1NH482355 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 233 | JF2SKADC0NH481147 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 234 | JF2SKADC6NH473747 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 235 | JF2SKADCXNH479535 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 236 | JF2SKADC6NH484828 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 237 | JF2SKADC2NH484549 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 238 | JF2SKADC4NH483550 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 239 | JF2SKADC7NH480979 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 240 | JF2SKADC0NH483920 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 241 | JF2SKADC2NH480937 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 242 | JF2SKADC1NH480816 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 243 | JF2SKADC3NH484317 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 244 | NM0LS7S27N1520709 | Van | 2022 | Ford | Transit ConnectXL |
| 245 | JF2SKAJC5MH585197 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 246 | JF2SKAJC7MH588084 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 247 | JF2SKAJC6MH589579 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 248 | JF2SKAJC0MH575130 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 249 | JF2SKAJC5MH587998 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 250 | JF2SKAJC2MH572696 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 251 | JF2SKAJC2MH573573 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 252 | JF2SKAJC6MH588478 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 253 | JF2SKAJC5MH589198 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 254 | JF2SKAJC0MH588797 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 255 | JF2SKAJCXMH581727 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 256 | JF2SKAJC4MH587863 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 257 | JF2SKAJCXMH556682 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 258 | JF2SKAJC4MH575602 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 259 | JF2SKAJCXMH566032 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 260 | JF2SKAJC7MH556221 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 261 | JF2SKAJC8MH571102 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 262 | JF2SKAJC0MH571871 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 263 | JF2SKAJCXMH572509 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 264 | JF2SKAJC4MH571064 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 265 | JF2SKAJC4MH571131 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 266 | JF2SKAJC7MH578901 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 267 | JF2SKAJC4MH570089 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 268 | JF2SKAJC1MH570549 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 269 | JF2SKAJC5MH570165 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 270 | JF2SKAJC1MH570082 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 271 | JF2SKAJC0MH580456 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 272 | JF2SKAJC7MH574296 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 273 | JF2SKAJC7MH575089 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 274 | JF2SKAJC6MH574841 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 275 | JF2SKAJC5MH572756 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 276 | JF2SKAJC0MH575208 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |

|  | VIN | Type | Year | Make | Model |
|---|---|---|---|---|---|
| 277 | JF2SKAJC0MH573622 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 278 | JF2SKAJC2MH580507 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 279 | 1FTBR1Y88MKA40349 | Van | 2021 | Ford | Transit-250 CargoBase |
| 280 | JF2SKAJC6MH556601 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 281 | JF2SKAJC0MH561129 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 282 | JF2SKAJCXMH561736 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 283 | JF2SKAJC1MH561561 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 284 | JF2SKAJCXMH556374 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 285 | JF2SKAJC2MH561181 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 286 | JF2SKAJC3MH556913 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 287 | JF2SKAJC3MH556698 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 288 | JF2SKAJC7MH556462 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 289 | JF2SKAJC1MH548986 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 290 | JF2SKAJCXMH531474 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 291 | JF2SKAJC0MH562541 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 292 | JF2SKAJC8MH556339 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 293 | JF2SKAJC2MH534207 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 294 | JF2SKAJC4MH541322 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 295 | JF2SKAJC0MH541186 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 296 | JF2SKAJC7MH579689 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 297 | JF2SKAJC7LH598502 | Sport Utility | 2020 | Subaru | ForesterPremium (CVT) |
| 298 | JF2SKAGC5LH584914 | Sport Utility | 2020 | Subaru | ForesterPremium (CVT) |
| 299 | JF2SKAJC2LH594096 | Sport Utility | 2020 | Subaru | ForesterPremium (CVT) |
| 300 | JF2SKAGC9LH589727 | Sport Utility | 2020 | Subaru | ForesterPremium (CVT) |
| 301 | JF2SKAJC3LH562273 | Sport Utility | 2020 | Subaru | ForesterPremium (CVT) |
| 302 | JF2SKAJC1LH540577 | Sport Utility | 2020 | Subaru | ForesterPremium (CVT) |
| 303 | 1N4AL3AP1FN333494 | Car | 2015 | Nissan | Altima2.5 S (CVT) |
| 304 | 1N4AL3AP4FC238679 | Car | 2015 | Nissan | Altima2.5 S (CVT) |
| 305 | JF2SJADC9GH550018 | Sport Utility | 2016 | Subaru | Forester2.5i Premium (CVT) |
| 306 | 4S3BNAC65G3047730 | Car | 2016 | Subaru | Legacy2.5i Premium (CVT) |
| 307 | 4S3BNAC68G3050153 | Car | 2016 | Subaru | Legacy2.5i Premium (CVT) |
| 308 | 4S3BNAC64G3051526 | Car | 2016 | Subaru | Legacy2.5i Premium (CVT) |
| 309 | 1N4AL3AP6GN357730 | Car | 2016 | Nissan | Altima2.5 S (CVT) |
| 310 | 1N4AL3AP5GN357122 | Car | 2016 | Nissan | Altima2.5 S (CVT) |
| 311 | 4S3BNAC68G3053487 | Car | 2016 | Subaru | Legacy2.5i Premium (CVT) |
| 312 | JF2SJAEC7HH580599 | Sport Utility | 2017 | Subaru | Forester2.5i Premium (CVT) |
| 313 | JF2SJAECXHH578975 | Sport Utility | 2017 | Subaru | Forester2.5i Premium (CVT) |
| 314 | 1N4AL3APXHC277019 | Car | 2017 | Nissan | Altima2.5 SR (CVT) (EOP May 2017) |
| 315 | 1N4AL3AP2HC276852 | Car | 2017 | Nissan | Altima2.5 SR (CVT) (EOP May 2017) |
| 316 | 1N4AL3AP8HC281005 | Car | 2017 | Nissan | Altima2.5 SR (CVT) (EOP May 2017) |
| 317 | JF2SJAGC4JH602755 | Sport Utility | 2018 | Subaru | Forester2.5i Premium (CVT) |
| 318 | JF2SJAGC2JH604410 | Sport Utility | 2018 | Subaru | Forester2.5i Premium (CVT) |
| 319 | JF2SJAGC8JH604640 | Sport Utility | 2018 | Subaru | Forester2.5i Premium (CVT) |
| 320 | JF2SJAGC3JH608854 | Sport Utility | 2018 | Subaru | Forester2.5i Premium (CVT) |
| 321 | JF2SJAGC0JH608116 | Sport Utility | 2018 | Subaru | Forester2.5i Premium (CVT) |
| 322 | JF2SJAGC3JH609910 | Sport Utility | 2018 | Subaru | Forester2.5i Premium (CVT) |

|     | VIN | Type | Year | Make | Model |
| --- | --- | --- | --- | --- | --- |
| 323 | JTDKBRFU6J3074332 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 324 | JTDKBRFUXJ3073524 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 325 | JTDKBRFU6J3604525 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 326 | JTDKBRFU6J3074153 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 327 | JTDKBRFU6J3073830 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 328 | JTDKBRFU0J3073452 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 329 | JTDKBRFU5J3073348 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 330 | JTDKBRFU9J3073353 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 331 | JTDKBRFU7J3074176 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 332 | JTDKBRFU1J3078367 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 333 | JTDKBRFU2J3074327 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 334 | JTDKBRFU7J3073559 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 335 | JTDKBRFUXJ3073975 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 336 | JTDKBRFU5J3073799 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 337 | JTDKBRFU8J3074218 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 338 | JTDKBRFU6J3073374 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 339 | JTDKBRFUXJ3073149 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 340 | JTDKBRFUXJ3073636 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 341 | JTDKBRFU6J3073732 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 342 | JTDKBRFU3J3074529 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 343 | JTDKBRFU7J3074050 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 344 | JTDKBRFU0J3073886 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 345 | JTDKBRFUXJ3078545 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 346 | JTDKBRFU7J3074131 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 347 | JTDKBRFU6J3074282 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 348 | JTDKBRFU2J3074862 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 349 | JTDKBRFU6J3597706 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 350 | JF2SKAGC0KH574421 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 351 | JF2SKAGC8KH552862 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 352 | JF2SKAGC1KH560589 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 353 | JF2SKAGC6KH562256 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 354 | JF2SKAGC0KH561538 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 355 | JF2SKAGC9KH562008 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 356 | JF2SKAGC3KH560772 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 357 | JF2SKAGC9KH562073 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 358 | JF2SKAGC6KH560782 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 359 | JF2SKAGC6KH566923 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 360 | JF2SKAGC3KH566815 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 361 | JF2SKAGC0KH576394 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 362 | JF2SKAGC1KH566117 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 363 | JF2SKAGC0KH575794 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 364 | JF2SKAGC6KH561219 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 365 | JF2SKAGC9KH562381 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 366 | JF2SKAGC4KH555080 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 367 | JF2SKAGCXKH555911 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 368 | JF2SKAGC2KH555112 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |

|     | VIN | Type | Year | Make | Model |
| --- | --- | --- | --- | --- | --- |
| 369 | JF2SKAGC5KH562314 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 370 | JF2SKAGC4KH560067 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 371 | JF2SKAGCXKH565290 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 372 | JF2SKAGC4KH569450 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 373 | JF2SKAGC9KH563871 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 374 | JTMMWRFV5KD024457 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 375 | 2T3MWRFVXKW039247 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 376 | 2T3MWRFV2KW041056 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 377 | 2T3MWRFV9KW041068 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 378 | 2T3MWRFV3KW042166 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 379 | 2T3MWRFVXKW039667 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 380 | 2T3MWRFV5KW041357 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 381 | 2T3MWRFV1KW039721 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 382 | 2T3MWRFV9KW039689 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 383 | 2T3MWRFV6KW040749 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 384 | 2T3MWRFV6KW040072 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 385 | 2T3MWRFV1KW039654 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 386 | 2T3MWRFV4KW041737 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 387 | 2T3MWRFV6KW040783 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 388 | 2T3MWRFV6KW033834 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 389 | 2T3MWRFV3KW040398 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 390 | 2T3MWRFV0KW040116 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 391 | 2T3MWRFV4KW040099 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 392 | 2T3MWRFV6KW040069 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 393 | 2T3MWRFV4KW039602 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 394 | 2T3MWRFV3KW041700 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 395 | 2T3MWRFV2KW040375 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 396 | 2T3MWRFV2KW041705 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 397 | 2T3MWRFV0KW041380 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 398 | 2T3MWRFVXKW039345 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 399 | 2T3MWRFV3KW039011 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 400 | 2T3MWRFV7KW040128 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 401 | 2T3MWRFV8KW038999 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 402 | 2T3MWRFV4KW041074 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 403 | 2T3MWRFV5KW039236 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 404 | 2T3MWRFV9KW039286 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 405 | 2T3MWRFV4KW040054 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 406 | 2T3MWRFV9KW039708 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 407 | 2T3MWRFV2KW040120 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 408 | 2T3MWRFV8KW041739 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 409 | 2T3MWRFV6KW041271 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 410 | 2T3MWRFV6KW040394 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 411 | 2T3MWRFV3KW041292 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 412 | 2T3MWRFV3KW038909 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 413 | 2T3MWRFV4KW040135 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 414 | 2T3MWRFV5KW039740 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |

|     | VIN               | Type          | Year | Make   | Model                     |
| --- | ----------------- | ------------- | ---- | ------ | ------------------------- |
| 415 | 2T3MWRFV9KW040129 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT)       |
| 416 | 2T3MWRFV3KW039171 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT)       |
| 417 | 2T3LWRFV4KW015330 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT)       |
| 418 | 4S3BNAC69G3049612 | Car           | 2016 | Subaru | Legacy2.5i Premium (CVT)  |
| 419 | JF2SKAGC3KH554213 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT)     |
| 420 | 2T3MWRFV5KW040807 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT)       |
| 421 | 2T3MWRFV5KW041424 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT)       |
| 422 | 2T3MWRFV3KW039736 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT)       |
| 423 | 2T3MWRFV6KW041089 | Sport Utility | 2019 | Toyota | Rav4 HybridLE (CVT)       |
| 424 | JF2SJAEC9HH583598 | Sport Utility | 2017 | Subaru | Forester2.5i Premium (CVT)|
| 425 | JTDKBRFU8J3065177 | Car           | 2018 | Toyota | PriusTwo (CVT)            |
| 426 | JF2SKAGC0KH562415 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT)     |
| 427 | JF2SKAGC0KH566917 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT)     |
| 428 | 2T3MWRFV6KW039259 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT)       |
| 429 | 2T3MWRFV2KW040019 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT)       |
| 430 | 2T3MWRFV5KW041309 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT)       |
| 431 | 2T3MWRFV3KW039008 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT)       |
| 432 | JF2SKAGC3KH548721 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT)     |
| 433 | 2T3MWRFV3KW041678 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT)       |
| 434 | JF2SKAGC9KH565748 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT)     |
| 435 | JF2SJAGC2JH606528 | Sport Utility | 2018 | Subaru | Forester2.5i Premium (CVT)|
| 436 | JF2SKAGC7KH552139 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT)     |
| 437 | 2T3MWRFV6KW040413 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT)       |