

**Gregory D. Speier**
Direct Phone:  +1 609 524 2084
Email:  gspeier@reedsmith.com

Reed Smith LLP
506 Carnegie Center
Suite 300
Princeton, NJ 08540-7839
+1 609 987 0050
Fax +1 609 951 0824
reedsmith.com

June 6, 2024

<u>*Via ECF*</u>

Hon. Judge Sharon A. King, U.S.M.J.
Mitchell H. Cohen Building &
U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, New Jersey 08101

  Re: **Automotive Rentals, Inc., et al. v. Redbox Automated Retail, et al.**
     **Civil Action No. 1:24-cv-05901-CPO-SAK**

Dear Judge King:

  We represent Defendants Redbox Automated Retail and Chicken Soup for the Soul Entertainment, Inc. ("Defendants") in the above matter.  We respectfully request an extension of Defendants' deadline to respond to the complaint filed by Plaintiffs Automotive Rentals, Inc. and Ari Fleet LT ("Plaintiffs"). Defendants request that its deadline to respond to the complaint be extended to **July 15, 2024**.  This extension would not impact any other deadlines in this matter.

  Defendants' current deadline is June 13, 2024, which was set after Defendants submitted a *Loc. Civ. R.* 6.1(b) Clerk's Extension request on May 29, 2024.

  We have conferred with counsel for Plaintiffs via email, and Plaintiffs have graciously consented to this extension.

  As always, we thank the Court for its time and attention regarding this matter.

           Respectfully submitted,

           */s/ Gregory D. Speier*
           Gregory D. Speier

cc: All Counsel of Record (via ECF)

           **SO ORDERED**

           _____
           HON. SHARON A. KING, U.S.M.J.
           Dated: _____

ABU DHABI ♦ ASTANA ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Diane A. Bettino ♦ Office Administrative Partner ♦ A Limited Liability Partnership formed in the State of Delaware