EXHIBIT A

| | VIN | Type | Year | Make | Model |
|---|---|---|---|---|---|
| 1 | JF2SKAEC5PH548388 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 2 | JF2SKAEC5PH551176 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 3 | JF2SKAEC3PH546767 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 4 | JF2SKAEC2PH514988 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 5 | JF2SKAEC9PH546479 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 6 | JF2SKAEC8PH515921 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 7 | JF2SKAEC6PH533009 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 8 | JF2SKAEC5PH541991 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 9 | JF2SKAECXPH542943 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 10 | JF2SKAEC2PH515588 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 11 | JF2SKAEC9PH515703 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 12 | JF2SKAEC5PH542249 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 13 | JF2SKAECXPH534048 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 14 | JF2SKAEC5PH473689 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 15 | JF2SKAEC8PH515904 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 16 | JF2SKAEC7PH533052 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 17 | JF2SKAEC6PH549565 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 18 | JF2SKAEC7PH541474 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 19 | JF2SKAEC7PH543242 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 20 | JF2SKAEC7PH546397 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 21 | JF2SKAEC8PH547428 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 22 | JF2SKAECXPH551481 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 23 | JF2SKAEC0PH515783 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 24 | JF2SKAEC5PH542123 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 25 | JF2SKAECXPH545941 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 26 | JF2SKAEC7PH535691 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 27 | JF2SKAEC7PH536596 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 28 | JF2SKAEC9PH534736 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 29 | JF2SKAEC3PH538393 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 30 | JF2SKAEC0PH536102 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 31 | JF2SKAEC1PH536576 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 32 | JF2SKAEC2PH537896 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 33 | JF2SKAECXPH543767 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 34 | JF2SKAEC2PH543424 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 35 | JF2SKAEC3PH533923 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 36 | JF2SKAEC0PH514651 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 37 | JF2SKAEC5PH536936 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 38 | JF2SKAEC1PH537355 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 39 | JF2SKAEC2PH547523 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 40 | JF2SKAEC1PH551157 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 41 | JF2SKAEC1PH540935 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 42 | JF2SKAEC6PH542034 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 43 | JF2SKAEC8PH515515 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 44 | JF2SKAEC6PH544267 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 45 | JF2SKAEC0PH540845 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 46 | JF2SKAEC1PH537873 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |

| | VIN | Type | Year | Make | Model |
|---|---|---|---|---|---|
| 47 | JF2SKAEC1PH533631 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 48 | JF2SKAEC9PH520271 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 49 | JF2SKAEC5PH541215 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 50 | JF2SKAEC4PH540525 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 51 | JF2SKAEC0PH520126 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 52 | JF2SKAEC5PH543322 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 53 | JF2SKAEC1PH534648 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 54 | JF2SKAEC8PH546232 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 55 | JF2SKAEC9PH514602 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 56 | JF2SKAEC9PH516043 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 57 | JF2SKAEC9PH541217 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 58 | JF2SKAEC8PH542780 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 59 | JF2SKAEC2PH551068 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 60 | JF2SKAEC9PH540150 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 61 | JF2SKAEC6PH543698 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 62 | JF2SKAEC1PH550784 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 63 | JF2SKAEC9PH532825 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 64 | JF2SKAECXPH542778 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 65 | JF2SKAEC6PH546424 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 66 | JF2SKAEC8PH540785 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 67 | JF2SKAEC1PH546301 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 68 | JF2SKAEC5PH551887 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 69 | JF2SKAEC8PH537272 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 70 | JF2SKAEC0PH541686 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 71 | JF2SKAEC3PH534683 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 72 | JF2SKAEC4PH537527 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 73 | JF2SKAEC0PH536438 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 74 | JF2SKAEC9PH531142 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 75 | JF2SKAEC0PH535239 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 76 | JF2SKAEC7PH536274 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 77 | JF2SKAEC3PH536482 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 78 | JF2SKAEC0PH535550 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 79 | JF2SKAEC4PH543795 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 80 | JF2SKAEC2PH536375 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 81 | JF2SKAEC2PH536442 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 82 | JF2SKAECXPH536852 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 83 | JF2SKAEC4PH520095 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 84 | JF2SKAEC1PH513962 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 85 | JF2SKAEC6PH543975 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 86 | JF2SKAEC6PH543491 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 87 | JF2SKAEC8PH540995 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 88 | JF2SKAEC5PH537021 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 89 | JF2SKAEC2PH540703 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 90 | JF2SKAEC9PH543677 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 91 | JF2SKAEC8PH546652 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 92 | JF2SKAEC7PH547470 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |

| | VIN | Type | Year | Make | Model |
|---|---|---|---|---|---|
| 93 | JF2SKAEC3PH543853 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 94 | JF2SKAEC7PH550806 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 95 | JF2SKAEC7PH550921 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 96 | JF2SKAEC1PH548405 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 97 | JF2SKAEC0PH514262 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 98 | JF2SKAEC1PH538182 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 99 | JF2SKAEC2PH534805 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 100 | JF2SKAEC4PH544896 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 101 | JF2SKAEC7PH520074 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 102 | JF2SKAEC8PH519953 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 103 | JF2SKAECXPH534616 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 104 | JF2SKAEC4PH519674 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 105 | JF2SKAEC8PH533366 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 106 | JF2SKAEC4PH537169 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 107 | JF2SKAEC5PH519716 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 108 | JF2SKAEC2PH519978 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 109 | JF2SKAEC4PH537575 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 110 | JF2SKAEC5PH537584 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 111 | JF2SKAEC6PH537903 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 112 | JF2SKAEC4PH538001 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 113 | JF2SKAECXPH528587 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 114 | JF2SKAEC0PH533653 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 115 | JF2SKAEC4PH543666 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 116 | JF2SKAEC6PH457212 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 117 | JF2SKAEC1PH463466 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 118 | JF2SKAECXPH456550 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 119 | JF2SKAEC5PH465088 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 120 | JF2SKAEC7PH457171 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 121 | JF2SKAECXPH456922 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 122 | JF2SKADC4NH522590 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 123 | JF2SKAEC5PH444337 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 124 | JF2SKAEC3PH441033 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 125 | JF2SKAEC0PH464575 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 126 | JF2SKAEC7PH455128 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 127 | JF2SKAEC7PH455792 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 128 | JF2SKAEC6PH456934 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 129 | JF2SKAEC0PH475365 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 130 | JF2SKAEC8PH463383 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 131 | JF2SKAEC9PH456474 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 132 | JF2SKAEC4PH459489 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 133 | JF2SKAEC7PH456800 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 134 | JF2SKAEC0PH461806 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 135 | JF2SKAEC3PH458012 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 136 | JF2SKAEC9PH416170 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 137 | JF2SKAEC4PH464501 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 138 | JF2SKAEC2PH456817 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |

|     | VIN | Type | Year | Make | Model |
| --- | --- | --- | --- | --- | --- |
| 139 | JF2SKAECXPH457262 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 140 | JF2SKAEC7PH456201 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 141 | JF2SKAEC7PH456960 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 142 | JF2SKAEC8PH462797 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 143 | JF2SKAEC7PH463083 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 144 | JF2SKAEC4PH457841 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 145 | JF2SKAEC5PH457914 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 146 | JF2SKAEC7PH457364 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 147 | JF2SKAEC1PH462821 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 148 | JF2SKAEC7PH456988 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 149 | JF2SKAEC4PH455734 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 150 | JF2SKAEC4PH455622 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 151 | JF2SKAEC9PH446415 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 152 | JF2SKAEC4PH455703 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 153 | JF2SKAEC9PH455115 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 154 | JF2SKAEC3PH455997 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 155 | JF2SKAECXPH454135 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 156 | JF2SKADCXNH521864 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 157 | JF2SKAEC3PH455935 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 158 | JF2SKAEC6PH458053 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 159 | JF2SKADC3NH524332 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 160 | JF2SKAEC5PH460277 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 161 | JF2SKAEC9PH441487 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 162 | JF2SKAEC1PH452970 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 163 | JF2SKAEC6PH462989 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 164 | JF2SKAECXPH458024 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 165 | JF2SKAECXPH456449 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 166 | JF2SKAEC2PH457143 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 167 | JF2SKAEC5PH456519 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 168 | JF2SKAEC6PH455055 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 169 | JF2SKAECXPH455088 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 170 | JF2SKAEC3PH457409 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 171 | JF2SKAEC8PH455672 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 172 | JF2SKAEC4PH462862 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 173 | JF2SKAEC0PH459974 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 174 | JF2SKAECXPH456760 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 175 | JF2SKAEC0PH432659 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 176 | JF2SKAEC9PH420560 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 177 | JF2SKAEC1PH441371 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 178 | JF2SKAEC4PH446452 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 179 | JF2SKAEC8PH441786 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 180 | JF2SKAEC9PH437844 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 181 | JF2SKAECXPH435441 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 182 | JF2SKAEC2PH440049 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 183 | JF2SKAEC4PH439954 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 184 | JF2SKAEC8PH438242 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |

| | VIN | Type | Year | Make | Model |
|---|---|---|---|---|---|
| 185 | JF2SKAEC7PH438586 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 186 | JF2SKAEC4PH438139 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 187 | JF2SKAEC0PH414095 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 188 | JF2SKAEC2PH438947 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 189 | JF2SKAEC8PH441125 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 190 | JF2SKAEC3PH441730 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 191 | JF2SKADC6PH412594 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 192 | JF2SKADC3PH413279 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 193 | JF2SKADC0PH416219 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 194 | JF2SKAEC4PH427951 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 195 | JF2SKAEC0PH421757 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 196 | JF2SKADC1PH413359 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 197 | JF2SKAEC3PH416908 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 198 | JF2SKADC8NH482854 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 199 | JF2SKAEC1PH421864 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 200 | JF2SKADC5NH524929 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 201 | JF2SKADC6NH520663 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 202 | JF2SKADC5PH416121 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 203 | JF2SKADC1PH416147 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 204 | JF2SKADC8PH416744 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 205 | JF2SKADC1PH412521 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 206 | JF2SKADC7PH412751 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 207 | JF2SKADC4PH413131 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 208 | JF2SKADC9PH414114 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 209 | JF2SKADC0NH485330 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 210 | JF2SKADC3PH416778 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 211 | JF2SKADC5PH413445 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 212 | JF2SKADC4PH414036 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 213 | JF2SKADC5PH416667 | Sport Utility | 2023 | Subaru | ForesterPremium (CVT) |
| 214 | JF2SKADC5NH521786 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 215 | JF2SKADC8NH510667 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 216 | JF2SKADCXNH518155 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 217 | JF2SKADC1NH518741 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 218 | JF2SKADC6NH521196 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 219 | JF2SKADC8NH523077 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 220 | NM0LS7S27N1532231 | Van | 2022 | Ford | Transit ConnectXL |
| 221 | JF2SKADC1NH484185 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 222 | JF2SKADC7NH487706 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 223 | JF2SKADC2NH480727 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 224 | JF2SKADC3NH491302 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 225 | JF2SKADC7NH493442 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 226 | JF2SKADC5NH482066 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 227 | JF2SKADC8NH487830 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 228 | JF2SKADC5NH483850 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 229 | JF2SKADC3NH469638 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 230 | JF2SKADC9NH481969 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |

|     | VIN | Type | Year | Make | Model |
| --- | --- | --- | --- | --- | --- |
| 231 | JF2SKADC8NH486144 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 232 | JF2SKADC1NH482355 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 233 | JF2SKADC0NH481147 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 234 | JF2SKADC6NH473747 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 235 | JF2SKADCXNH479535 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 236 | JF2SKADC6NH484828 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 237 | JF2SKADC2NH484549 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 238 | JF2SKADC4NH483550 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 239 | JF2SKADC7NH480979 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 240 | JF2SKADC0NH483920 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 241 | JF2SKADC2NH480937 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 242 | JF2SKADC1NH480816 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 243 | JF2SKADC3NH484317 | Sport Utility | 2022 | Subaru | ForesterPremium (CVT) |
| 244 | NM0LS7S27N1520709 | Van | 2022 | Ford | Transit ConnectXL |
| 245 | JF2SKAJC5MH585197 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 246 | JF2SKAJC7MH588084 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 247 | JF2SKAJC6MH589579 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 248 | JF2SKAJC0MH575130 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 249 | JF2SKAJC5MH587998 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 250 | JF2SKAJC2MH572696 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 251 | JF2SKAJC2MH573573 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 252 | JF2SKAJC6MH588478 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 253 | JF2SKAJC5MH589198 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 254 | JF2SKAJC0MH588797 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 255 | JF2SKAJCXMH581727 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 256 | JF2SKAJC4MH587863 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 257 | JF2SKAJCXMH556682 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 258 | JF2SKAJC4MH575602 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 259 | JF2SKAJCXMH566032 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 260 | JF2SKAJC7MH556221 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 261 | JF2SKAJC8MH571102 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 262 | JF2SKAJC0MH571871 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 263 | JF2SKAJCXMH572509 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 264 | JF2SKAJC4MH571064 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 265 | JF2SKAJC4MH571131 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 266 | JF2SKAJC7MH578901 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 267 | JF2SKAJC4MH570089 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 268 | JF2SKAJC1MH570549 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 269 | JF2SKAJC5MH570165 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 270 | JF2SKAJC1MH570082 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 271 | JF2SKAJC0MH580456 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 272 | JF2SKAJC7MH574296 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 273 | JF2SKAJC7MH575089 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 274 | JF2SKAJC6MH574841 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 275 | JF2SKAJC5MH572756 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 276 | JF2SKAJC0MH575208 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |

| | VIN | Type | Year | Make | Model |
|---|---|---|---|---|---|
| 277 | JF2SKAJC0MH573622 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 278 | JF2SKAJC2MH580507 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 279 | 1FTBR1Y88MKA40349 | Van | 2021 | Ford | Transit-250 CargoBase |
| 280 | JF2SKAJC6MH556601 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 281 | JF2SKAJC0MH561129 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 282 | JF2SKAJCXMH561736 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 283 | JF2SKAJC1MH561561 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 284 | JF2SKAJCXMH556374 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 285 | JF2SKAJC2MH561181 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 286 | JF2SKAJC3MH556913 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 287 | JF2SKAJC3MH556698 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 288 | JF2SKAJC7MH556462 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 289 | JF2SKAJC1MH548986 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 290 | JF2SKAJCXMH531474 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 291 | JF2SKAJC0MH562541 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 292 | JF2SKAJC8MH556339 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 293 | JF2SKAJC2MH534207 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 294 | JF2SKAJC4MH541322 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 295 | JF2SKAJC0MH541186 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 296 | JF2SKAJC7MH579689 | Sport Utility | 2021 | Subaru | ForesterPremium (CVT) |
| 297 | JF2SKAJC7LH598502 | Sport Utility | 2020 | Subaru | ForesterPremium (CVT) |
| 298 | JF2SKAGC5LH584914 | Sport Utility | 2020 | Subaru | ForesterPremium (CVT) |
| 299 | JF2SKAJC2LH594096 | Sport Utility | 2020 | Subaru | ForesterPremium (CVT) |
| 300 | JF2SKAGC9LH589727 | Sport Utility | 2020 | Subaru | ForesterPremium (CVT) |
| 301 | JF2SKAJC3LH562273 | Sport Utility | 2020 | Subaru | ForesterPremium (CVT) |
| 302 | JF2SKAJC1LH540577 | Sport Utility | 2020 | Subaru | ForesterPremium (CVT) |
| 303 | 1N4AL3AP1FN333494 | Car | 2015 | Nissan | Altima2.5 S (CVT) |
| 304 | 1N4AL3AP4FC238679 | Car | 2015 | Nissan | Altima2.5 S (CVT) |
| 305 | JF2SJADC9GH550018 | Sport Utility | 2016 | Subaru | Forester2.5i Premium (CVT) |
| 306 | 4S3BNAC65G3047730 | Car | 2016 | Subaru | Legacy2.5i Premium (CVT) |
| 307 | 4S3BNAC68G3050153 | Car | 2016 | Subaru | Legacy2.5i Premium (CVT) |
| 308 | 4S3BNAC64G3051526 | Car | 2016 | Subaru | Legacy2.5i Premium (CVT) |
| 309 | 1N4AL3AP6GN357730 | Car | 2016 | Nissan | Altima2.5 S (CVT) |
| 310 | 1N4AL3AP5GN357122 | Car | 2016 | Nissan | Altima2.5 S (CVT) |
| 311 | 4S3BNAC68G3053487 | Car | 2016 | Subaru | Legacy2.5i Premium (CVT) |
| 312 | JF2SJAEC7HH580599 | Sport Utility | 2017 | Subaru | Forester2.5i Premium (CVT) |
| 313 | JF2SJAECXHH578975 | Sport Utility | 2017 | Subaru | Forester2.5i Premium (CVT) |
| 314 | 1N4AL3APXHC277019 | Car | 2017 | Nissan | Altima2.5 SR (CVT) (EOP May 2017) |
| 315 | 1N4AL3AP2HC276852 | Car | 2017 | Nissan | Altima2.5 SR (CVT) (EOP May 2017) |
| 316 | 1N4AL3AP8HC281005 | Car | 2017 | Nissan | Altima2.5 SR (CVT) (EOP May 2017) |
| 317 | JF2SJAGC4JH602755 | Sport Utility | 2018 | Subaru | Forester2.5i Premium (CVT) |
| 318 | JF2SJAGC2JH604410 | Sport Utility | 2018 | Subaru | Forester2.5i Premium (CVT) |
| 319 | JF2SJAGC8JH604640 | Sport Utility | 2018 | Subaru | Forester2.5i Premium (CVT) |
| 320 | JF2SJAGC3JH608854 | Sport Utility | 2018 | Subaru | Forester2.5i Premium (CVT) |
| 321 | JF2SJAGC0JH608116 | Sport Utility | 2018 | Subaru | Forester2.5i Premium (CVT) |
| 322 | JF2SJAGC3JH609910 | Sport Utility | 2018 | Subaru | Forester2.5i Premium (CVT) |

| | VIN | Type | Year | Make | Model |
|---|---|---|---|---|---|
| 323 | JTDKBRFU6J3074332 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 324 | JTDKBRFUXJ3073524 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 325 | JTDKBRFU6J3604525 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 326 | JTDKBRFU6J3074153 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 327 | JTDKBRFU6J3073830 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 328 | JTDKBRFU0J3073452 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 329 | JTDKBRFU5J3073348 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 330 | JTDKBRFU9J3073353 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 331 | JTDKBRFU7J3074176 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 332 | JTDKBRFU1J3078367 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 333 | JTDKBRFU2J3074327 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 334 | JTDKBRFU7J3073559 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 335 | JTDKBRFUXJ3073975 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 336 | JTDKBRFU5J3073799 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 337 | JTDKBRFU8J3074218 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 338 | JTDKBRFU6J3073374 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 339 | JTDKBRFUXJ3073149 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 340 | JTDKBRFUXJ3073636 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 341 | JTDKBRFU6J3073732 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 342 | JTDKBRFU3J3074529 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 343 | JTDKBRFU7J3074050 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 344 | JTDKBRFU0J3073886 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 345 | JTDKBRFUXJ3078545 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 346 | JTDKBRFU7J3074131 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 347 | JTDKBRFU6J3074282 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 348 | JTDKBRFU2J3074862 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 349 | JTDKBRFU6J3597706 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 350 | JF2SKAGC0KH574421 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 351 | JF2SKAGC8KH552862 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 352 | JF2SKAGC1KH560589 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 353 | JF2SKAGC6KH562256 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 354 | JF2SKAGC0KH561538 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 355 | JF2SKAGC9KH562008 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 356 | JF2SKAGC3KH560772 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 357 | JF2SKAGC9KH562073 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 358 | JF2SKAGC6KH560782 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 359 | JF2SKAGC6KH566923 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 360 | JF2SKAGC3KH566815 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 361 | JF2SKAGC0KH576394 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 362 | JF2SKAGC1KH566117 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 363 | JF2SKAGC0KH575794 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 364 | JF2SKAGC6KH561219 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 365 | JF2SKAGC9KH562381 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 366 | JF2SKAGC4KH555080 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 367 | JF2SKAGCXKH555911 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 368 | JF2SKAGC2KH555112 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |

| | VIN | Type | Year | Make | Model |
|---|---|---|---|---|---|
| 369 | JF2SKAGC5KH562314 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 370 | JF2SKAGC4KH560067 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 371 | JF2SKAGCXKH565290 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 372 | JF2SKAGC4KH569450 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 373 | JF2SKAGC9KH563871 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 374 | JTMMWRFV5KD024457 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 375 | 2T3MWRFVXKW039247 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 376 | 2T3MWRFV2KW041056 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 377 | 2T3MWRFV9KW041068 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 378 | 2T3MWRFV3KW042166 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 379 | 2T3MWRFVXKW039667 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 380 | 2T3MWRFV5KW041357 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 381 | 2T3MWRFV1KW039721 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 382 | 2T3MWRFV9KW039689 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 383 | 2T3MWRFV6KW040749 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 384 | 2T3MWRFV6KW040072 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 385 | 2T3MWRFV1KW039654 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 386 | 2T3MWRFV4KW041737 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 387 | 2T3MWRFV6KW040783 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 388 | 2T3MWRFV6KW033834 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 389 | 2T3MWRFV3KW040398 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 390 | 2T3MWRFV0KW040116 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 391 | 2T3MWRFV4KW040099 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 392 | 2T3MWRFV6KW040069 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 393 | 2T3MWRFV4KW039602 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 394 | 2T3MWRFV3KW041700 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 395 | 2T3MWRFV2KW040375 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 396 | 2T3MWRFV2KW041705 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 397 | 2T3MWRFV0KW041380 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 398 | 2T3MWRFVXKW039345 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 399 | 2T3MWRFV3KW039011 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 400 | 2T3MWRFV7KW040128 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 401 | 2T3MWRFV8KW038999 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 402 | 2T3MWRFV4KW041074 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 403 | 2T3MWRFV5KW039236 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 404 | 2T3MWRFV9KW039286 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 405 | 2T3MWRFV4KW040054 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 406 | 2T3MWRFV9KW039708 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 407 | 2T3MWRFV2KW040120 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 408 | 2T3MWRFV8KW041739 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 409 | 2T3MWRFV6KW041271 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 410 | 2T3MWRFV6KW040394 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 411 | 2T3MWRFV3KW041292 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 412 | 2T3MWRFV3KW038909 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 413 | 2T3MWRFV4KW040135 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 414 | 2T3MWRFV5KW039740 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |

|  | VIN | Type | Year | Make | Model |
|---|---|---|---|---|---|
| 415 | 2T3MWRFV9KW040129 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 416 | 2T3MWRFV3KW039171 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 417 | 2T3LWRFV4KW015330 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 418 | 4S3BNAC69G3049612 | Car | 2016 | Subaru | Legacy2.5i Premium (CVT) |
| 419 | JF2SKAGC3KH554213 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 420 | 2T3MWRFV5KW040807 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 421 | 2T3MWRFV5KW041424 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 422 | 2T3MWRFV3KW039736 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 423 | 2T3MWRFV6KW041089 | Sport Utility | 2019 | Toyota | Rav4 HybridLE (CVT) |
| 424 | JF2SJAEC9HH583598 | Sport Utility | 2017 | Subaru | Forester2.5i Premium (CVT) |
| 425 | JTDKBRFU8J3065177 | Car | 2018 | Toyota | PriusTwo (CVT) |
| 426 | JF2SKAGC0KH562415 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 427 | JF2SKAGC0KH566917 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 428 | 2T3MWRFV6KW039259 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 429 | 2T3MWRFV2KW040019 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 430 | 2T3MWRFV5KW041309 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 431 | 2T3MWRFV3KW039008 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 432 | JF2SKAGC3KH548721 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 433 | 2T3MWRFV3KW041678 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |
| 434 | JF2SKAGC9KH565748 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 435 | JF2SJAGC2JH606528 | Sport Utility | 2018 | Subaru | Forester2.5i Premium (CVT) |
| 436 | JF2SKAGC7KH552139 | Sport Utility | 2019 | Subaru | ForesterPremium (CVT) |
| 437 | 2T3MWRFV6KW040413 | Sport Utility | 2019 | Toyota | RAV4 HybridLE (CVT) |