

**Gregory D. Speier**
Direct Phone:  +1 609 524 2084
Email:  gspeier@reedsmith.com

Reed Smith LLP
506 Carnegie Center
Suite 300
Princeton, NJ 08540-7839
+1 609 987 0050
Fax +1 609 951 0824
reedsmith.com

July 2, 2024

<u>*Via ECF*</u>

Hon. Christine P. O'Hearn, U.S.D.J.
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, New Jersey 08101

   Re: **Automotive Rentals, Inc., et al. v. Redbox Automated Retail, et al.**
      **Civil Action No. 1:24-cv-05901-CPO-SAK**

Dear Judge O'Hearn:

We write to advise the Court that Defendants Chicken Soup for the Soul Entertainment, Inc. and Redbox Automated Retail, LLC (together, "Defendants") have filed for Chapter 11 Bankruptcy in the United States Bankruptcy Court for the District of Delaware. *See* Exs. A & B, respectively (Bankruptcy Petitions). Defendants respectfully submit that the automatic stay as provided by 11 U.S.C. § 362 operates to stay the entirety of the matter presently pending before this Court.

Should the Court require anything further from Defendants at this time, please do advise.

Respectfully submitted,

*/s/ Gregory D. Speier*
Gregory D. Speier

cc:  All Counsel of Record (via ECF)

ABU DHABI ♦ ASTANA ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Diane A. Bettino ♦Office Administrative Partner ♦ A Limited Liability Partnership formed in the State of Delaware