UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AUTOMOTIVE RENTALS INC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> REDBOX AUTOMATED RETAIL LLC, et al., <br><br> Defendants. | No. 1:24-cv-05901 <br><br> **ORDER** |

**O'HEARN, District Judge.**

    **THIS MATTER** comes before the Court by way of Defendants Redbox Automated Retail LLC and Chicken Soup for the Soul Entertainment Inc.'s ("Defendants") July 2, 2024 letter (ECF No. 43);

    **WHEREAS**, Defendants filed a voluntary petition for bankruptcy under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware, (Case No. 24-11442), on June 28, 2024; and

    **WHEREAS**, the filing of this petition operates as a stay of the above-captioned case as to Defendants under 11 U.S.C. § 362(a); now therefore

    **IT IS** on this 8th day of July, 2024,

1

**ORDERED** that the Clerk of the Court shall terminate this action as to Defendants Redbox Automated Retail LLC and Chicken Soup for the Soul Entertainment Inc., without prejudice to the right of the parties to reopen the proceedings as to Defendants Redbox Automated Retail LLC and Chicken Soup for the Soul Entertainment Inc. for good cause shown for the entry of any stipulation or order, or for any other purpose to obtain a final determination of the litigation.

**CHRISTINE P. O'HEARN**
**United States District Judge**